IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| RE: | ) | CHAPTER 7 |
| | ) | |
| GLENDA FAYE GODFREY, | ) | CASE NO. 04-40563 MGD |
| | ) | |
| Debtor. | ) | HONORABLE MARY GRACE DIEHL |

### NOTICE OF PROPOSED ABANDONMENT

In accordance with Rule 6007 of the Bankruptcy Rules and Local Rule 775-1(b), this will confirm that in accordance with the §341 First Meeting of Creditors Notice, oral notice at said meeting was given of the proposed abandonment of the following:

> 1983 Fleetwood Mobile Home No. TNFL1AD422607140 and one (1) acre lot located at 65 County Road 40, Centre, Alabama.

Based upon the schedules and testimony, said property is burdensome, and of little or no value to the estate.

Pursuant to said Local Rule, no further notice or service is required.

This notice is hereby filed within 15 days after the Meeting of Creditors.

An objection may be filed and served by a party in interest within 15 days of the filing of this notice. If no objection to this proposed abandonment is filed within 15 days following the filing hereof, the property shall be deemed abandoned.

Dated: 3-18-04

TRACEY L. MONTZ
Chapter 7 Trustee

143526/TDR